**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL NO.   4:24-cv-02268 |
| | § | |
| YASMANI TORTOLO-GARCIA, | § § | |
| Defendant. | § § § § | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

The United States Department of Homeland Security, Immigration and Customs Enforcement, ("Plaintiff") provides notice that, because the relief requested in this case is no longer required, this action is voluntarily dismissed against the defendant pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i).

As an update to the Court, Yasmani Tortolo-Garcia ("Defendant" or "Garcia") resumed eating on June 28, 2024, and has continued eating. Therefore, the need for a Court order is no longer necessary.

Dated: July 1, 2024

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: /s/ *Natasha Alexander*

Natasha Alexander
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No. 24125476
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9422
Fax: (713) 718-3303
E-mail: natasha.alexander@usdoj.gov

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 1, 2024, the foregoing was filed and provided to ICE representatives to serve on Defendant.

*s/ Natasha Alexander*
Natasha Alexander
Assistant United States Attorney

2